UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ERIC PEREZ,

              Defendant.

------------------------------------------------------------------X

24-CR-428 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government's 404(b) notice shall be served by **January 3, 2025**.
- Any motions *in limine* shall be filed by **January 17, 2025**.
- Responses to any motions *in limine* shall be filed by **January 24, 2025**.
- Proposed requests to charge and voir dire shall be served by **January 24, 2025**.
- Trial is scheduled for **February 10, 2025** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, New York, NY.
- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A) **February 10, 2025**.

SO ORDERED.

Dated: November 4, 2024
       New York, New York

                                                PAUL A. ENGELMAYER
                                                United States District Judge