UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                             24-CR-428 (PAE)

ERIC PEREZ,                                                  SCHEDULING ORDER

                    Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       The Court has been advised that the defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **December 20, 2024** at **9:45 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       In accordance with Section 5(B) of the Court's Individual Rules and Practices for Criminal Cases, defense counsel should, in advance of the proceeding, review with the defendant — if necessary, with the assistance of an interpreter — any *Pimentel* letter or plea agreement. Additionally, the defendant should be prepared to give narrative allocutions that incorporate all of the elements of the offense(s) to which the defendant is pleading guilty. In the interest of clarity and efficiency, the Court encourages counsel to assist the defendant in writing an allocution that can be read in open court during the plea proceeding.

SO ORDERED.

*Paul A. Engelmayer*

Dated: December 10, 2024
       New York, New York
                                                             PAUL A. ENGELMAYER
                                                            United States District Judge